STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
ERICK K. KUYLMAN (State Bar No. 313202)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email:    lacalendar@stroock.com

Attorneys for Defendant
 BMW FINANCIAL SERVICES NA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHA JACKSON WISE, | Case No. 2:18-cv-03167-SVM-FFM |
| Plaintiff, | |
| vs. | [Assigned to the Hon. Stephen V. Wilson] |
| BMW FINANCIAL SERVICES NA, LLC, | **STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| Defendant. | Action Filed: July 10, 2017 |

**TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Tyesha Jackson Wise and defendant BMW Financial Services NA, LLC that, pursuant to Federal Rule of Civil Procedure, section 41(a)(1)(A)(i), the action will be dismissed in its entirety with prejudice and each party shall bear its or his own attorneys' fees and costs.

Respectfully submitted,

Dated: September 10, 2018

STROOCK & STROOCK & LAVAN LLP
ERICK K. KUYLMAN

By: _____/s/ Erick K. Kuylman_____
Erick K. Kuylman

Attorneys for Defendant
BMW Financial Services NA, LLC

Dated: September 10, 2018

PLAINTIFF IN PROPRIA PERSONA

By: _____[signature]_____
Tyesha Jackson Wise

**[PROPOSED] ORDER**

Pursuant to the stipulation of dismissal filed by the parties, the action is dismissed in its entirety with prejudice. IT IS SO ORDERED.

Date: _____  By: _____
Hon. Stephen V. Wilson
Judge of the United States District Court
Central District of California

- 1 -
STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE
Case No. 2:18-cv-03167-SVM-FFM

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, a copy of the foregoing **STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

                                         */s/ Erick K. Kuylman*
                                         Erick K. Kuylman