# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHA JACKSON WISE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW FINANCIAL SERVICES NA, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-03167-SVM-FFM<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>Action Filed:  April 16, 2018 |

　　　Plaintiff Tyesha Jackson Wise and defendant BMW Financial Services NA, LLC having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that, pursuant to the stipulation of dismissal filed by the parties, the action is dismissed in its entirety with prejudice.

　　　IT IS SO ORDERED.

Date: September 11, 2018　　　　　　By: _____/s/ Stephen V. Wilson_____
　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　Judge of the United States District Court
　　　　　　　　　　　　　　　　　　　Central District of California

LA 52196217

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE
Case No. 2:18-cv-03167-SVM-FFM